UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

: ORDER
v.

:

JAMES MOBLEY

: MAGISTRATE NO. 20-14016 (ZNQ)

The financial inability of the defendant to retain Counsel having been established by the Court, and the defendant Not having waived the appointment of counsel,

It is on this 7th day of May 2020, ORDERED that Andrea Bergman from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
ZAHID N. QURAISHI
United States Magistrate Judge